NUMBER 13-01-046-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ____________________________________________________________________ 



NORA DOMINGUEZ , Appellant, 



v.

 

JOHN J. DOMINGUEZ , Appellee. 

____________________________________________________________________ 



On appeal from the 93rd District Court

 of Hidalgo County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, NORA DOMINGUEZ , perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo
County, Texas, in cause number C-5322-95-B . The clerk's record was filed on January 12, 2001 . No reporter's record
was filed . Appellant's brief was due on February 12, 2001 . To date, no appellate brief has been received. Additionally,
appellant has failed to remit the $125.00 filing fee. 

 When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1). 

 On May 2, 2001 , notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1) and 42.3(c). Appellant was given ten days to explain why the cause should not be dismissed for failure to file a
brief. Additionally, appellant was given ten days to remit the $125.00 filing fee. To date, no response has been received
nor has the filing fee been paid. 

 The Court, having examined and fully considered the documents on file, appellant's failure to pay the filing fee and to file
a proper appellate brief, this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should be
dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed 

this the 24th day of May, 2001